## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | | |
|---|---|---|
| IRVING OIL LIMITED and<br>HIGHLANDS FUEL DELIVERY, LLC, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 2:16-cv-00533-DBH |
| v. | ) ) | |
| ACE INA INSURANCE, | ) ) | |
| Defendant. | ) | |

### STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Irving Oil Limited and Highlands Fuel Delivery, LLC and Defendant ACE INA Insurance (together, "the Parties") hereby stipulate that Counts I and III of Plaintiffs' Complaint for Declaratory Relief and Damages are dismissed with prejudice.  The parties further stipulate that Count II of Plaintiffs' Complaint for Declaratory Relief and Damages, and any defenses thereto, are dismissed without prejudice, because those claims and defenses are preserved in the parties' Settlement and Defense Funding Agreement executed on December 8, 2016.  Each party will bear its own costs, expenses, and fees, including attorney's fees, incurred in this action.

Dated:  January 11, 2017

/s/ David B. McConnell, Esq.
David B. McConnell, Esq.
Dawn M. Harmon, Esq.
Perkins Thompson, P.A.
One Canal Plaza, P.O. Box 426
Portland, ME  04112-0426
(207) 774-2635
dmcconnell@perkinsthompson.com

William F. Greaney, Esq.
Rukesh Korde, Esq.
Philip Levitz, Esq.
Covington & Burling LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001-4956
(202) 662-6000

*Attorneys for Plaintiffs Irving Oil Limited
and Highlands Fuel Delivery, LLC*

Dated:  January 11, 2017    /s/ Brett R. Leland_____

             Brett R. Leland, Esq.
             Attorney for Defendant
             ACE INA Insurance
             Verrill Dana LLP
             One Portland Square
             P O Box 586
             Portland, ME  04112-0586
             207-774-4000
             bleland@verrilldana.com

## <u>CERTIFICATE OF SERVICE</u>

    I, David B. McConnell, Esq., hereby certify that on January 11, 2017,  I electronically filed the Stipulation of Dismissal with the Clerk of the Court, using the CM/ECF system.  The CM/ECF system will provide service of such filed via Notice of Electronic filing (NEF) to the following NEF parties:

      Brett R. Leland, Esq.
      Verrill Dana LLP
      One Portland Square
      P O Box 586
      Portland, ME 04112-0586
      207-774-4000
      bleland@verrilldana.com

        /s/ David B. McConnell_____
        David B. McConnell, Esq.
        Attorney for Plaintiffs